DANIEL A. BACON 065099
Attorney at Law
5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
Telephone: (559) 241-7000

Attorney for RIGOBERTO RODRIGUEZ-VISCARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE JUAN MORENO-BELTRAN,<br>CARLOS CULEBRO,<br>RIGOBERTO RODRIGUEZ-VISCARRA,<br>LUIS ALBERTO RUBIO, and<br>CRECENCIO LEON-CAMPUSANO,<br><br>        Defendants. | Case No. 2:10-cr-0108 MCE<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE, AND<br>ORDER THEREON<br><br>DATE:  April 29, 2010<br>TIME:   9:00 AM<br>DEPT:  Hon. Morrison C. England, Jr. |

        IT IS HEREBY STIPULATED by and between the parties hereto, namely the United States of America through its attorney of record, Assistant United States Attorney Carolyn Delaney; defendant Jose Juan Moreno-Beltrano, through his attorney, Deputy Federal Defender Matthew C. Bockmon; Carlos Culebro, through his attorney of record, Robert Forkner; Rigoberto Rodriguez-Viscarra, through his attorney Daniel A. Bacon; Luis Alberto Rubio, through his attorney, Nina Marino; and Crecencio Leon-Campusano, through his attorney Nicholas Reyes that the status conference presently scheduled before the Hon Morrison C. England, Jr. for April 29, 2010 at the hour of 9:00 AM, be continued to May 27, 2010 at 9:00 AM.

        The parties have previously agreed, and the court has ordered, that the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time

1

limits established by 18 U.S.C. Section 3161 (h)(7)(B)(ii).

Dated: April 19, 2010.                McGREGOR W. SCOTT, United States Attorney

By:/s/ Carolyn Delaney
CAROLYN DELANEY, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: April 19, 2010.                DANIEL J. BRODERICK, Federal Defender

By:/s/ Matthew C. Brockmon
MATTHEW C. BROCKMON, Attorney for
JOSE JUAN MORENO BELTRAN

Dated: April 19, 2010.

/s/ Robert L. Forkner
ROBERT L. FORKNER, Attorney for
CARLOS CULEBRO

Dated: April 19, 2010.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
RIGOBERTO RODRIGUEZ-VISCARRA

Dated: April 19, 2010.

/s/ Nina Marino
NINA MARINO, Attorney for
LUIS ALBERTO RUBIO

Dated:  April 19, 2010.

/s/ Nicholas F. Reyes
NICHOLAS F. REYES, Attorney for
CRECENCIO LEON-CAMPUSANO

ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iI) and availability of counsel.

Dated: April 27, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2