DANIEL A. BACON 065099
Attorney at Law
5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
Telephone: (559) 241-7000

Attorney for RIGOBERTO RODRIGUEZ-VISCARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE JUAN MORENO-BELTRAN,<br>CARLOS CULEBRO,<br>RIGOBERTO RODRIGUEZ-VISCARRA,<br>LUIS ALBERTO RUBIO, and<br>CRECENCIO LEON-CAMPUSANO,<br><br>    Defendants. | Case No. 2:10-cr-0108 MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON<br><br>DATE:  May 27, 2010<br>TIME:   9:00 AM<br>DEPT:  Hon. Morrison C. England, Jr. |

      IT IS HEREBY STIPULATED by and between the parties hereto, namely the United States of America through its attorney of record, Assistant United States Attorney Carolyn Delaney; defendant Jose Juan Moreno-Beltrano, through his attorney, Deputy Federal Defender Matthew C. Bockmon; Carlos Culebro, through his attorney of record, Robert Forkner; Rigoberto Rodriguez-Viscarra, through his attorney Daniel A. Bacon; Luis Alberto Rubio, through his attorney, Nina Marino; and Crecencio Leon-Campusano, through his attorney Nicholas Reyes that the status conference presently scheduled before the Hon Morrison C. England, Jr. for May 27, 2010 at the hour of 9:00 AM, be continued to August 5, 2010 at 9:00 AM.

      The parties have previously agreed, and the court has ordered, that the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time

1

1 | limits established by 18 U.S.C. Section 3161 (h)(7)(B)(ii).

2 | Dated: May 24, 2010.        BENJAMIN B. WAGNER, United States Attorney

3

4 | By:/s/ Carolyn Delaney
CAROLYN DELANEY, Assistant U.S. Attorney
Attorney for Plaintiff

5

6 | Dated: May 24, 2010.        DANIEL J. BRODERICK, Federal Defender

7 | By:/s/ Matthew C. Brockmon
MATTHEW C. BROCKMON, Attorney for
8 | JOSE JUAN MORENO BELTRAN

9 | Dated: May 24, 2010.

10 | /s/ Robert L. Forkner
ROBERT L. FORKNER, Attorney for
11 | CARLOS CULEBRO

Dated: May 24, 2010.

12

13 | /s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
RIGOBERTO RODRIGUEZ-VISCARRA

14

15 | Dated: May 24, 2010.

16 | /s/ Nina Marino
NINA MARINO, Attorney for
LUIS ALBERTO RUBIO

17

18 | Dated:  May 24, 2010.

19 | /s/ Nicholas F. Reyes
NICHOLAS F. REYES, Attorney for
CRECENCIO LEON-CAMPUSANO

20

ORDER

21

22 | IT SO ORDERED.  Time is excluded in the interests of justice pursuant to

23 | 18 U.S.C. Section 3161 (h)(7)(B)(iI) and availability of counsel.

24 | Dated: May 26, 2010

25

26 | _____
MORRISON C. ENGLAND, JR.
27 | UNITED STATES DISTRICT JUDGE

28

2