1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM AVENUE, SUITE 408
   FRESNO, CALIFORNIA 93704-2225
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR RIGOBERTO RODRIGUEZ-VISCARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:10-cr-0108 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTION TO SUPPRESS, AND ORDER THEREON |
| vs. | ) | |
| JOSE JUAN MORENO-BELTRAN, CARLOS CULEBRO, RIGOBERTO RODRIGUEZ-VISCARRA, LUIS ALBERTO RUBIO, and CRECENCIO LEON-CAMPUSANO, | ) | DATE: February 17, 2011<br>TIME: 9:00 AM<br>DEPT: Hon. Morrison C. England, Jr.<br>Courtroom 7 |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, namely the United States of America through its attorney of record, Assistant United States Attorney Carolyn Delaney; defendant Jose Juan Moreno-Beltrano, through his attorney, Deputy Federal Defender Matthew C. Bockmon; Carlos Culebro, through his attorney of record, Robert Forkner; Rigoberto Rodriguez-Viscarra, through his attorney Daniel A. Bacon; Luis Alberto Rubio, through his attorney, Nina Marino; and Crecencio Leon-Campusano, through his attorney Nicholas Reyes that the status conference presently scheduled before the Hon Morrison C. England, Jr. for February 17, 2011 at the hour of 9:00 AM, be continued to March 17, 2011 at 9:00 AM.

Opening briefs shall be filed by January 21, 2011; opposition briefs shall be filed by February 25, 2011; and reply briefs shall be due March 11, 2011.

1  The parties have previously agreed, and the court has ordered, that the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. Section 3161 (h)(7)(B)(ii) and 18 U.S.C. Section 3161(h)(1)(D), delay resulting from any pretrial motion.

Dated: December 15, 2010.         BENJAMIN B. WAGNER, United States Attorney

By:/s/ Carolyn Delaney
    CAROLYN DELANEY, Assistant U.S. Attorney
    Attorney for Plaintiff

Dated: December 15, 2010.         DANIEL J. BRODERICK, Federal Defender

By:/s/ Matthew C. Brockmon
    MATTHEW C. BROCKMON, Attorney for
    JOSE JUAN MORENO BELTRAN

Dated: December 15, 2010.

/s/ Robert L. Forkner
ROBERT L. FORKNER, Attorney for
CARLOS CULEBRO

Dated: December 15, 2010.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
RIGOBERTO RODRIGUEZ-VISCARRA

Dated: December 15, 2010.

/s/ Nina Marino
NINA MARINO, Attorney for
LUIS ALBERTO RUBIO

Dated:  December 15, 2010.

/s/ Nicholas F. Reyes
NICHOLAS F. REYES, Attorney for
CRECENCIO LEON-CAMPUSANO

1  ORDER

2  IT SO ORDERED.  Time is excluded in the interests of justice pursuant to
3  18 U.S.C. Section 3161 (h)(7)(B)(ii), 18 U.S.C. Section 3161(h)(1)(D), delay resulting from
4  any pretrial motion, and availability of counsel.

5  Dated: December 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE