```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  No. 2:10-cr-00108-MCE
                                 )
12              Plaintiff,       )
                                 )
13       v.                      )  STIPULATION AND ORDER
                                 )
14  JOSE JUAN MORENO-BELTRAN,    )
    CARLOS CULEBRO,              )
15  RIGOBERTO RODRIGUEZ-         )
         VISCARRA, and           )
16  CRECENCIO LEON-CAMPUSANO,    )
                                 )
17                               )
                Defendants.      )
18  _____ )
```

19       IT IS HEREBY stipulated between the United States of America

20  through its undersigned counsel, Carolyn K. Delaney, Assistant

21  United States Attorney, together with the defendants and their

22  counsel, that the briefing schedule currently set should be

23  modified as follows: the government's response shall be due on

24  May 12, 2011; the defendants' optional reply shall be due on May

25  19, 2011; and a hearing shall be held on May 26, 2011.

26  ///

27  ///

28

1

The parties acknowledge that the time under the Speedy Trial Act is being excluded under Title 18, United States Code, Section 3161 (h)(1)(D), based on the pendency of pretrial motions already filed by the defense.

Dated: April 19, 2011              Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   U.S. Attorney

                                   /s/ Carolyn K. Delaney

                                   CAROLYN K. DELANEY
                                   Assistant U.S. Attorney

Dated: April 19, 2011              /s/ Matthew Bockmon

                                   MATTHEW BOCKMON
                                   Attorney for
                                   JOSE JUAN MORENO-BELTRAN

Dated: April 19, 2011              /s/ Nicholas F. Reyes

                                   NICHOLAS F. REYES
                                   Attorney for
                                   CRECENCIO LEON-CAMPUSANO

Dated: April 19, 2011              /s/ Robert Forkner

                                   ROBERT FORKNER
                                   Attorney for
                                   CARLOS CULEBRO

Dated: April 19, 2011              /s/ Daniel Bacon

                                   Daniel Bacon
                                   Attorney for
                                   RIGOBERTO RODRIGUEZ-VISCARRA

**ORDER**

**IT IS HEREBY ORDERED:** That the briefing scheduled currently set is hereby modified as follows: the government's reply shall be due on May 12, 2011; the defendants' reply shall be due on May 19, 2011; and hearing shall be held on May 26, 2011.

Dated: April 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE