```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  No. 2:10-cr-00108-MCE
                                 )
12            Plaintiff,         )
                                 )
13       v.                      )  STIPULATION AND ORDER
                                 )
14  JOSE JUAN MORENO-BELTRAN,    )
    CARLOS CULEBRO,              )
15  RIGOBERTO RODRIGUEZ-         )
         VISCARRA, and           )
16  CRECENCIO LEON-CAMPUSANO,    )
                                 )
17                               )
              Defendants.        )
18  _____)
```

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendants and their counsel, that the briefing schedule currently set should be modified as follows: the government's response shall be due on June 9, 2011; the defendants' optional reply shall be due on June 16, 2011; and a hearing shall be held on June 23, 2011.

///

///

1

1  The parties acknowledge that the time under the Speedy Trial
2  Act is being excluded under Title 18, United States Code, Section
3  3161 (h)(1)(D), based on the pendency of pretrial motions already
4  filed by the defense.

5  Dated: May 13, 2011                    Respectfully submitted,

6                                         BENJAMIN B. WAGNER
                                          U.S. Attorney
7
                                          /s/ Carolyn K. Delaney
8
                                          CAROLYN K. DELANEY
9                                         Assistant U.S. Attorney

10 Dated: May 13, 2011                    /s/ Matthew Bockmon

11                                        MATTHEW BOCKMON
                                          Attorney for
12                                        JOSE JUAN MORENO-BELTRAN

13
   Dated: May 13, 2011                    /s/ Nicholas F. Reyes
14
                                          NICHOLAS F. REYES
15                                        Attorney for
                                          CRECENCIO LEON-CAMPUSANO
16
   Dated: May 13, 2011                    /s/ Robert Forkner
17
                                          ROBERT FORKNER
18                                        Attorney for
                                          CARLOS CULEBRO
19
   Dated: May 13, 2011                    /s/ Daniel Bacon
20
                                          Daniel Bacon
21                                        Attorney for
                                          RIGOBERTO RODRIGUEZ-VISCARRA
22

23

24

25

26

27

28

2

**ORDER**

**IT IS HEREBY ORDERED:** That the briefing scheduled currently set is hereby modified as follows: the government's reply shall be due on June 9, 2011; the defendants' reply shall be due on June 16, 2011; and hearing shall be held on June 23, 2011.

Dated: May 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE