1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE JUAN MORENO-BELTRAN

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. CR-S-10-108 MCE
                                     )
12              Plaintiff,           )
                                     )   **STIPULATION AND ORDER TO CONTINUE**
13      v.                           )   **CHANGE OF PLEA HEARING AND TO**
                                     )   **EXCLUDE TIME**
14                                   )
    JOSE JUAN MORENO-BELTRAN,        )   Date:  June 30, 2011
15                                   )   Time:  9:00 a.m.
                Defendant.           )   Judge:  Morrison C. England, Jr.
16  _____ )

17      It is hereby stipulated and agreed to by and between the United States of America, through Carolyn

18  Delaney, First Assistant U.S. Attorney, and defendant, JOSE JUAN MORENO-BELTRAN , by and through

19  his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the change of plea hearing date of

20  Thursday, June 23, 2011, be vacated and a new change of plea hearing date of Thursday, June 30, 2011, at

21  9:00 a.m., be set.

22      The reason for this continuance is because additional time is needed for attorney/interpreter

23  consultation with the client re possible change of plea.

24  ///

25  ///

26  ///

27  ///

28  ///

1    It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the

2    date of the signing of this order through and including June 30, 2011, pursuant to 18 U.S.C.

3    §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served

4    in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of

5    the public and the defendant to a speedy trial.

6

7    Dated: June 21, 2011

                                          Respectfully submitted,

8                                              DANIEL J. BRODERICK

9                                              Federal Defender

10                                            */s/ Matthew C. Bockmon*      
                                          MATTHEW C. BOCKMON

11                                             Assistant Federal Defender
                                          Attorney for Defendant

12                                             JOSE JUAN MORENO-BELTRAN

13

14   Dated: June 21, 2011
                                          BENJAMIN B. WAGNER
                                          United States Attorney

15                                             */s/ Matthew C. Bockmon for*  

16                                             CAROLYN DELANEY
                                          First Assistant U.S. Attorney

17                                             Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2      Based on the reasons set forth in the stipulation of the parties filed on June 21, 2011, and good cause

3  appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

4  that the change of plea hearing currently scheduled for June 23, 2011, be vacated and that the case be set for

5  **June 30, 2011, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance

6  outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY

7  ORDERED that, for the reasons stated in the parties' June 21, 2011, stipulation, the time within which the trial

8  of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's

9  date, through and including June 30, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due

10  to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

11  Dated: June 21, 2011

12

13  _____

14  MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                3