DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE JUAN MORENO-BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 2:10-cr-00108-MCE |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| JOSE JUAN MORENO-BELTRAN, | Date: September 6, 2011 |
| Defendant. | Time: 10:30 a.m. |
| | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOSE JUAN MORENO-BELTRAN , by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Thursday, August 25, 2011, be vacated and a new status conference / possible change of plea hearing date of Tuesday, September 6, 2011, at 10:30 a.m., be set.

The reason for this continuance is because the in-house interpreter is not available to accompany defense counsel to the jail to review the plea offer with the client until August 25, 2011.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including September 6, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

| | | |
|---|---|---|
| 1 | Dated:  August 23, 2011 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | | |
| 4 | | /s/ Matthew C. Bockmon<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>JOSE JUAN MORENO-BELTRAN |
| 7 | Dated: August 23, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| 9 | | /s/ Matthew C. Bockmon for<br>PHILLIP ALLEN TALBERT<br>Assistant U.S. Attorney |
| 10 | | Attorney for Plaintiff |

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on August 24, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Thursday, August 25, 2011, be vacated and that the case be set for status conference / possible change of plea hearing on **Tuesday, September 6, 2011, at 10:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 24, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including September 6, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: August 24, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE