DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE JUAN MORENO-BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-108 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| JOSE JUAN MORENO-BELTRAN, | ) | Date: November 17, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOSE JUAN MORENO-BELTRAN , by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Thursday, November 3, 2011, be vacated and a new status conference hearing date of Thursday, November 17, 2011, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time for further attorney/interpreter consultation with the client. In addition, defendant has an important meeting.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including November 17, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  November 1, 2011                    Respectfully submitted,

                                                              DANIEL J. BRODERICK
                                                              Federal Defender

                                                              */s/ Matthew C. Bockmon*
                                                              MATTHEW C. BOCKMON
                                                              Assistant Federal Defender
                                                              Attorney for Defendant
                                                             JOSE JUAN MORENO-BELTRAN

Dated: November 1, 2011                     BENJAMIN B. WAGNER
                                                             United States Attorney

                                                            */s/ Matthew C. Bockmon for*
                                                             PHILLIP ALLEN TALBERT
                                                             Assistant U.S. Attorney
                                                             Attorney for Plaintiff

## **O R D E R**

     Based on the reasons set forth in the stipulation of the parties filed on November 2, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Thursday, November 3, 2011, be vacated and that the case be set for status conference hearing on **Thursday, November 17, 2011, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 2, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including November 17, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:  November 2, 2011

                                                              MORRISON C. ENGLAND, JR.
                                                              UNITED STATES DISTRICT JUDGE