DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE JUAN MORENO-BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-108 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) | **STATUS CONFERENCE AND TO EXCLUDE** |
| | ) | **TIME** |
| JOSE JUAN MORENO-BELTRAN, | ) | Date:  December 15, 2011 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge:  Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOSE JUAN MORENO-BELTRAN , by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Thursday, November 17, 2011, be vacated and a new status conference hearing date of Thursday, December 15, 2011, at 9:00 a.m., be set.

The reason for this continuance is because the parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

///

///

///

///

1   It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the
2   date of the signing of this order through and including December 15, 2011, pursuant to 18 U.S.C.
3   §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served
4   in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of
5   the public and the defendant to a speedy trial.

6   Dated:  November 15, 2011           Respectfully submitted,

7                                       DANIEL J. BRODERICK
                                        Federal Defender
8
                                         /s/ Matthew C. Bockmon
9                                       MATTHEW C. BOCKMON
                                        Assistant Federal Defender
10                                      Attorney for Defendant
                                        JOSE JUAN MORENO-BELTRAN
11
    Dated: November 15, 2011            BENJAMIN B. WAGNER
12                                      United States Attorney

13                                       /s/ Matthew C. Bockmon for
                                        PHILLIP ALLEN TALBERT
14                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on November 15, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Thursday, November 17, 2011, be vacated and that the case be set for status conference hearing on **Thursday, December 15, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 15, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including December 15, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:   November 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE