DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE JUAN MORENO-BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-108 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| JOSE JUAN MORENO-BELTRAN, | Date: December 15, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOSE JUAN MORENO-BELTRAN , by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Thursday, December 15, 2011, be vacated and a new status conference / possible change of plea hearing date of Thursday, January 26, 2012, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel is expecting to receive a new plea agreement from the government, and will need additional time to review it with the client.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including January 26, 2012, pursuant to 18 U.S.C §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  December 12, 2011

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

                    */s/ Matthew C. Bockmon*
                    MATTHEW C. BOCKMON
                    Assistant Federal Defender
                    Attorney for Defendant
                    JOSE JUAN MORENO-BELTRAN

Dated: December 12, 2011        BENJAMIN B. WAGNER
                    United States Attorney

                    */s/ Matthew C. Bockmon for*
                    PHILLIP ALLEN TALBERT
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on December 14, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Thursday, December 15, 2011, be vacated and that the case be set for status conference hearing on **Thursday, January 26, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 14, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including January 26, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:  December 14, 2011

                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE