DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE JUAN MORENO-BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00108-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. | |
| JOSE JUAN MORENO-BELTRAN, | Date: February 23, 2012<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOSE JUAN MORENO-BELTRAN , by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference / possible change of plea hearing date of Thursday, February 9, 2012, be vacated and a new status conference / possible change of plea hearing date of Thursday, February 23, 2012, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel has just received a new plea agreement from the government, and needs additional time to visit the client at the Sacramento County Jail, with the in-house interpreter, to review the plea agreement with him.

///

///

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including February 23, 2012, pursuant to 18 U.S.C §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  February 7, 2012                          Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

                                                   /s/ Matthew C. Bockmon
                                                  MATTHEW C. BOCKMON
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  JOSE JUAN MORENO-BELTRAN

Dated:  February 7, 2012                          BENJAMIN B. WAGNER
                                                  United States Attorney

                                                   /s/ Matthew C. Bockmon for
                                                  PHILLIP ALLEN TALBERT
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

**O R D E R**

Based on the parties' stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the status conference /possible change of plea hearing currently scheduled for Thursday, February 9, 2012, be vacated and that the case be set for status conference / possible change of plea hearing on **Thursday, February 23, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS ALSO ORDERED that, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including February 23, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: February 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE