1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE JUAN MORENO-BELTRAN

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    NO. CR-S-10-108 MCE
                                     )
12            Plaintiff,             )
                                     )    **STIPULATION AND ORDER TO CONTINUE**
13       v.                          )    **STATUS CONFERENCE AND TO EXCLUDE**
                                     )    **TIME**
14                                   )
    JOSE JUAN MORENO-BELTRAN,        )    Date:  March 29, 2012
15                                   )    Time:  9:00 a.m.
              Defendant.             )    Judge:  Morrison C. England, Jr.
16  _____  )

17       It is hereby stipulated and agreed to by and between the United States of America, through Phillip

18  Allen Talbert, Assistant U.S. Attorney, and defendant, JOSE JUAN MORENO-BELTRAN , by and through

19  his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference / possible change

20  of plea hearing date of Thursday, February 23, 2012, be vacated and a new status conference / possible change

21  of plea hearing date of Thursday, March 29, 2012, at 9:00 a.m., be set.

22       The reason for this continuance is because defense counsel needs additional time to visit the client at

23  the Sacramento County Jail, with the in-house interpreter, to review the new plea agreement with him.

24       It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the

25  date of the signing of this order through and including March 29, 2012, pursuant to 18 U.S.C

26  §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served

27  / / /

28

1   in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of

2   the public and the defendant to a speedy trial.

3   Dated:  February 21, 2012                    Respectfully submitted,

4                                                DANIEL J. BRODERICK
                                                 Federal Defender

5
                                                 /s/ Matthew C. Bockmon
6                                                MATTHEW C. BOCKMON
                                                 Assistant Federal Defender
7                                                Attorney for Defendant
                                                 JOSE JUAN MORENO-BELTRAN
8
    Dated:  February 21, 2012                    BENJAMIN B. WAGNER
9                                                United States Attorney

10                                               /s/ Matthew C. Bockmon for
                                                 PHILLIP ALLEN TALBERT
11                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on February 24, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference /possible change of plea hearing currently scheduled for Thursday, February 23, 2012, be vacated and that the case be set for status conference / possible change of plea hearing on **Thursday, March 29, 2012, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 24, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including March 29, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:   February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3