1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE JUAN MORENO-BELTRAN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   NO. 2:10-cr-00108-MCE
                                        )
12         Plaintiff,                   )
                                        )   **STIPULATION AND ORDER TO VACATE**
13     v.                               )   **STATUS CONFERENCE AND SET CHANGE**
                                        )   **OF PLEA HEARING AND TO EXCLUDE**
14                                      )   **TIME**
   JOSE JUAN MORENO-BELTRAN,            )
15                                      )   Date:  May 3, 2012
           Defendant.                   )   Time:  9:00 a.m.
16 _____)   Judge: Morrison C. England, Jr.

17         It is hereby stipulated and agreed to by and between the United States of America, through Phillip

18 Talbert, Assistant U.S. Attorney, and defendant, JOSE JUAN MORENO-BELTRAN , by and through his

19 counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference set for Thursday, March

20 29, 2012, be vacated and a change of plea hearing date of Thursday, May 3, 2012, at 9:00 a.m., be set.

21         The reason for this continuance is because additional time is needed for further attorney/interpreter

22 consultation with the client on the proposed plea agreement.

23         It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from

24 the date of the signing of this order through and including May 3, 2012, pursuant to 18 U.S.C.

25 §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to

26 be served in granting the continuance and allowing the defendant further time to prepare outweigh the best

27 interest of the public and the defendant to a speedy trial.

28 ///

| | |
|---|---|
| Dated: March 27, 2012 | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Defender<br><br> /s/ Matthew C. Bockmon<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE JUAN MORENO-BELTRAN |
| Dated: March 27, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br><br> /s/ Matthew C. Bockmon for<br>PHILLIP TALBERT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 27, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, March 29, 2012, be vacated and that the case be set for change of plea hearing on **Thursday, May 3, 2012, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 29, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including May 3, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:  March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2