1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

FILED

SEP 21 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )  No. 2:10-CR-0108-MCE
                                  )
         Plaintiff,               )
                                  )
    v.                            )  SEALING ORDER
                                  )
JOSE JUAN MORENO-BELTRAN,         )
                                  )
         Defendant.               )
                                  )
_____)

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached document entered herein and any associated material is hereby SEALED until further order of this Court.

DATED: September 21, 2012

_____
MORRISON C. ENGLAND, JR.
United States District Judge