HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE JUAN MORENO-BELTRAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 10-108 MCE |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JOSE JUAN MORENO-BELTRAN, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE – POTENTIAL RELEASE DATE, NOVEMBER 1, 2015 |
| Defendant. | |
| | Judge: Honorable MORRISON C. ENGLAND, Jr. |

Defendant, JOSE JUAN MORENO-BELTRAN, by and through his attorney, Assistant Federal Defender Hannah Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On September 27, 2012, this Court sentenced Mr. Moreno-Beltran to a term of 84 months imprisonment;

3. His total offense level was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months. He received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Moreno-Beltran was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Moreno-Beltran's total offense level has been reduced from 33 to 31, and his amended guideline range is 120 to 135 months. A reduction comparable to the one received at the initial sentencing would produce a term of 67 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Moreno-Beltran' term of imprisonment to 67 months.

Respectfully submitted,

Dated:  July 24, 2015                                   Dated:  July 24, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender

 /s/ *Jason Hitt*                                            /s/ *Hannah Labaree*
JASON HITT                                               HANNAH LABAREE
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                                 Attorney for Defendant
UNITED STATES OF AMERICA               JOSE JUAN MORENO-BELTRAN

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Moreno-Beltran is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 120 to 135 months. A reduction comparable to the one received at the initial sentencing would produce a term of 67.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2012 is reduced to a term of 67 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment shall remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the

1  above reduction in sentence, and shall serve certified copies of the amended judgment on the
2  United States Bureau of Prisons and the United States Probation Office.
3      Unless otherwise ordered, Mr. Moreno-Beltran shall report to the United States Probation
4  Office within seventy-two hours after his release.
5      IT IS SO ORDERED.
6  Dated:  July 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT